UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN PATRICK CRYAN,

                Plaintiff,                Case No. 08-CV-5431 (JES)

    - against -

                                **ORDER**

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

                Defendant.
------------------------------------------------------------------X

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/28/08]*

        The Court has received and reviewed the July 22, 2008 letter from counsel for Defendant Creditors Interchange Receivable Management, LLC and hereby orders that the Defendant shall have until 30 days after a pre-motion conference is held to appear, answer or otherwise move with respect to the Complaint in this action. A pre-motion conference shall occur on Sept. 18, 2008 at 3pm in Courtroom 14C.

Dated: July 28, 2008

                                        */s/ John E. Sprizzo*
                                        Hon. John E. Sprizzo, U.S.D.J.